UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VERNON BALLARD PARSONS, III,

       Plaintiff,

v.

                                      Case No:   2:23-cv-00742-JLB-NPM

MARIFE JOYNO CHANGCO,

       Defendant.

_____/

**<u>ORDER TO SHOW CAUSE</u>**

      This matter comes before the Court on an order from the Eleventh Circuit Court of Appeals remanding this case "for the limited purpose of determining the citizenship of the parties to establish whether diversity jurisdiction exist[s] . . . ." (Doc. 39 at 3).  Plaintiff's Amended Complaint alleges diversity of citizenship because he is a United States citizen and Defendant a citizen of the Philippines. (Doc. 9 at 3).

      In its Order, the Eleventh Circuit noted that "the allegations in the amended complaint were insufficient to establish Parsons's citizenship, because they stated only that he is a United States citizen and did not provide his *state* of citizenship or domicile."  (Doc. 39 at 3) (emphasis in original) (citing 28 U.S.C. 28 § 1332(a) ("[D]istrict courts shall have original jurisdiction of all civil actions . . . between . . . citizens of a State and citizens or subjects of a foreign state . . . .")); *see Las Vistas Villas, S.A. v. Petersen*, 778 F. Supp. 1202, 1204 (M.D. Fla. 1991) ("To be a citizen of a state within the meaning of the diversity provision, a natural person must be both

a citizen of the United States and a domiciliary of a state."); *Travaglio v. Am. Exp. Co.*, 735 F.3d 1266, 1268 (11th Cir. 2013) ("For diversity purposes, citizenship means domicile; mere residence in the State is not sufficient.") (citation omitted).

Plaintiff Vernon Ballad Parsons III is **DIRECTED** to **SHOW CAUSE** on or before September 30, 2025, as to why the case should not be dismissed for lack of diversity jurisdiction.  If Plaintiff fails to do so, the Court will dismiss this action without prejudice for lack of subject matter jurisdiction.  Accordingly, the Clerk of Court is **DIRECTED** to reopen this case.

**ORDERED** in Fort Myers, Florida, on September 9, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

2